UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTA GREEN; KELVIN ARRINGTON,<br><br>                              Plaintiffs,<br><br>-against-<br><br>MZ 2640 OWNER LLP; DESIREE PARKEY;<br>MZ HOUSING DEVELOPMENT OF FUND CO.<br><br>                              Defendants. | 24-CV-2529 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 5, 2024, the Court directed Plaintiffs, within thirty days, to (1) pay the $405.00 in fees required to file a civil action in this court or, (2) for both Plaintiffs, each submit a completed request to proceed *in forma pauperis* ("IFP application").[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed IFP applications or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Plaintiff Kelvin Arrington did not sign the complaint. In its April 5, 2024 order, the Court directed Arrington to resubmit the signature page of the complaint with his signature. Arrington has not submitted a signed signature page.

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated: May 20, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge