UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTA GREEN; KELVIN ARRINGTON,<br><br>                       Plaintiffs,<br><br>-against-<br><br>MZ 2640 OWNER LLP; DESIREE PARKEY; MZ HOUSING DEVELOPMENT OF FUND CO.,<br><br>                       Defendants. | 24-CV-2529 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the May 20, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 20, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge